UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )   _____
)
DWAYNE ROBARE, )
)
        Defendant )

### AFFIDAVIT

    I, Jessica Crocker, Special Agent, IRS, do hereby make oath before Charles B. Swartwood, III, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties, I am advised that there is presently a warrant of arrest outstanding for one DWYANE ROBARE in the Western District of Washington.

                                          _____
                                          Jessica Crocker
                                          Special Agent
                                          IRS

    Subscribed and sworn to before me this 12th day of May, 2004.

                                          _____
                                          CHARLES B. SWARTWOOD, III
                                          U.S. Magistrate Judge

Worcester, Massachusetts