| | | | | | |
|---|---|---|---|---|---|
| 42(b) | 10/7/97<br>10/7/97 | IDEA | Crescent Moon<br>DSF | 20,000<br>20,000 | 139<br>140 |
| 42(c) | 10/24/97<br>10/24/97 | IDEA | Crescent Moon<br>DSF | 10,000<br>10,000 | 163<br>164 |
| 42(d) | 10/31/97<br>10/31/97 | IDEA | DSF<br>Crescent Moon | 10,000<br>10,000 | 173<br>175 |
| 42(e) | 1/8/98<br>1/8/98<br>1/15/98 | IDEA | DSF<br>Crescent Moon<br>PILL #10731 | 10,000<br>10,000<br>10,000 | 412<br>413<br>421 |
| 42(f) | 2/11/98<br>2/11/98<br>2/11/98 | IDEA | PILL #10731<br>Crescent Moon<br>DSF | 10,000<br>10,000<br>10,000 | 464<br>465<br>466 |
| 42(g) | 3/5/98<br>3/5/98<br>3/5/98 | IDEA | PILL #10731<br>Crescent Moon<br>PILL #9490 | 10,000<br>10,000<br>10,000 | 482<br>483<br>485 |
| 42(h) | 3/17/98<br>3/17/98<br>3/17/98 | IDEA | PILL #10731<br>DSF<br>Crescent Moon | 10,000<br>10,000<br>10,000 | 523<br>524<br>525 |
| 42(i) | 6/22/98<br>6/22/98<br>6/22/98<br>6/22/98 | IDEA | DSF<br>PILL #10731<br>Specktackular<br>PILL #9490 | 10,000<br>10,000<br>20,000<br>20,000 | 646<br>647<br>648<br>649 |
| 42(j) | 7/15/98<br>7/15/98 | IDEA | Specktackular<br>DSF | 25,000<br>25,000 | 694<br>695 |
| 42(k) | 9/5/98<br>9/5/98 | IDEA | Specktackular<br>PILL #9490 | 50,000<br>50,000 | 738<br>739 |
| 42(l) | 8/18/99<br>8/18/99 | IDEA | Strategic Solutions<br>Specktackular | 15,000<br>15,000 | 1221<br>1222 |
| 42(m) | 1/27/00<br>1/27/00<br>1/27/00 | IDEA | Strategic Solutions<br>DSF<br>Specktackular | 10,000<br>10,000<br>10,000 | 1458<br>1459<br>1460 |
| 42(n) | 2/8/00<br>2/8/00<br>2/8/00 | IDEA | Strategic Solutions<br>Specktackular<br>DSF | 5,000<br>5,000<br>5,000 | 1477<br>1478<br>1479 |
| 42(o) | 2/22/00<br>2/22/00<br>2/22/00 | IDEA | Specktackular<br>DSF<br>Strategic Solutions | 5,000<br>5,000<br>5,000 | 1507<br>1508<br>1509 |
| 42(p) | 3/13/00<br>3/13/00<br>3/13/00 | IDEA | Strategic Solutions<br>Atlas Group<br>Specktackular | 5,000<br>5,000<br>5,000 | 1533<br>1534<br>1535 |
| 42(q) | 3/23/00<br>3/24/00<br>3/24/00 | IDEA | DSF<br>Specktackular<br>Strategic Solutions | 5,000<br>5,000<br>5,000 | 1558<br>1559<br>1560 |

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

| 42(r) | 4/10/00 | IDEA | Strategic Solutions | 5,000 | 1583 |
| | 4/10/00 | | DSF | 5,000 | 1584 |
| | 4/10/00 | | Specktackular | 5,000 | 1585 |
| 42(s) | 4/24/00 | IDEA | Strategic Solutions | 7,500 | 1604 |
| | 4/24/00 | | DSF | 7,500 | 1605 |
| | 4/24/00 | | Specktackular | 7,500 | 1606 |
| 42(t) | 4/28/00 | IDEA | Strategic Solutions | 7,500 | 1612 |
| | 4/28/00 | | DSF | 7,500 | 1613 |
| | 4/28/00 | | Specktackular | 7,500 | 1614 |
| 42(u) | 5/22/00 | IDEA | Strategic Solutions | 7,500 | 1648 |
| | 5/22/00 | | Specktackular | 7,500 | 1649 |
| | 5/22/00 | | DSF | 7,500 | 1650 |
| 42(v) | 6/1/00 | IDEA | Strategic Solutions | 7,500 | 1673 |
| | 6/1/00 | | DSF | 7,500 | 1674 |
| | 6/1/00 | | Specktackular | 7,500 | 1675 |
| 42(w) | 6/21/00 | IDEA | Strategic Solutions | 7,500 | 1704 |
| | 6/21/00 | | DSF | 7,500 | 1705 |
| | 6/21/00 | | Specktackular | 7,500 | 1706 |
| 42(x) | 7/18/00 | IDEA | DSF | 7,500 | 1744 |
| | 7/18/00 | | Strategic Solutions | 7,500 | 1745 |
| | 7/18/00 | | Specktackular | 7,500 | 1746 |
| 42(y) | 7/24/00 | IDEA | Strategic Solutions | 5,000 | 1776 |
| | 7/24/00 | | Specktackular | 5,000 | 1777 |
| | 7/24/00 | | DSF | 5,000 | 1778 |
| 42(z) | 8/1/00 | IDEA | Strategic Solutions | 10,000 | 1795 |
| | 8/1/00 | | Specktackular | 10,000 | 1796 |
| | 8/1/00 | | Atlas Group | 10,000 | 1797 |
| 42(aa) | 8/11/00 | IDEA | Atlas Group | 15,000 | 1803 |
| | 8/11/00 | | Strategic Solutions | 15,000 | 1804 |
| | 8/11/00 | | Specktackular | 15,000 | 1805 |
| 42(bb) | 8/31/00 | IDEA | Strategic Solutions | 5,000 | 1833 |
| | 8/31/00 | | DSF | 5,000 | 1834 |
| | 8/31/00 | | Specktackular | 5,000 | 1835 |
| 42(cc) | 9/5/00 | IDEA | DSF | 5,000 | 1843 |
| | 9/5/00 | | Specktackular | 5,000 | 1844 |
| | 9/5/00 | | Strategic Solutions | 5,000 | 1845 |
| 42(dd) | 9/20/00 | IDEA | Strategic Solutions | 15,000 | 1870 |
| | 9/20/00 | | Specktackular | 15,000 | 1871 |
| | 9/20/00 | | DSF | 15,000 | 1872 |
| 42(ee) | 10/27/00 | IDEA | DSF | 17,500 | 1904 |
| | 10/27/00 | | Strategic Solutions | 17,500 | 1905 |
| | 10/27/00 | | Specktackular | 17,500 | 1906 |

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

| | | | | | |
|---|---|---|---|---|---|
| 42(ff) | 11/10/00<br>11/10/00<br>11/10/00 | IDEA | Strategic Solutions<br>DSF<br>Specktacular | 10,000<br>10,000<br>10,000 | 1936<br>1937<br>1938 |
| 42(gg) | 11/14/00<br>11/14/00<br>11/14/00 | IDEA | DSF<br>Strategic Solutions<br>Specktacular | 10,000<br>10,000<br>10,000 | 1945<br>1946<br>1947 |
| 42(hh) | 2/16/01<br>2/16/01<br>2/16/01 | IDEA | DSF<br>Specktacular<br>Strategic Solutions | 15,000<br>15,000<br>15,000 | 2064<br>2065<br>2066 |
| 42(ii) | 3/30/01<br>3/30/01<br>3/30/01 | IDEA | DSF<br>Specktacular<br>Strategic Solutions | 7,500<br>7,500<br>7,500 | 2119<br>2120<br>2121 |
| 42(jj) | 4/13/01<br>4/13/01<br>4/13/01 | IDEA | Strategic Solutions<br>Specktacular<br>DSF | 7,500<br>7,500<br>7,500 | 2150<br>2151<br>2152 |

43.     On or about January 19, 1999, DANIEL ANDERSEN obtained a bogus common law "Pure Trust" from Dennis O. Poseley in the name of Educational Publishing Systems (EPS).  DAVID STRUCKMAN and LORENZO "MILANO" were each named "Managing Director" of the trust.

44.     On or about September 15, 1999, DANIEL ANDERSEN opened a bank account in the name of Educational Publishing Systems (EPS) at Fleet Bank in Boston, Massachusetts.

45.     DANIEL ANDERSEN distributed profits of Global Prosperity to DAVID STRUCKMAN and LORENZO LAMANTIA by remitting the following checks from the EPS bank account:

| Overt Act | CHECK DATE | PAYER | PAY TO | AMOUNT | EPS CHECK # |
|---|---|---|---|---|---|
| 45(a) | 2/09/00<br>2/09/00 | EPS | Specktacular<br>PDF | 100,000<br>100,000 | 1001<br>1002 |
| 45(b) | 3/24/00<br>3/24/00<br>3/24/00 | EPS | CFG<br>Specktacular<br>PDF | 50,000<br>50,000<br>50,000 | 1043<br>1033<br>1032 |
| 45(c) | 3/31/00<br>3/31/00 | EPS | Specktacular<br>PDF | 50,000<br>50,000 | 1047<br>1046 |

UNITED STATES ATTORNEY<br>601 Union Street, Suite 5100<br>Seattle, Washington 98101-3903<br>(206) 553-7970

| | | | | | |
|---|---|---|---|---|---|
| 45(d) | 5/22/00<br>5/22/00<br>5/22/00<br>5/22/00<br>5/22/00<br>5/22/00 | EPS | Specktackular<br>PDF<br>Specktackular<br>DSF<br>DSF<br>Atlas Group | 100,000<br>100,000<br>100,000<br>100,000<br>65,000<br>35,000 | 1141<br>1142<br>1180<br>1181<br>1199<br>1200 |
| 45(e) | 6/1/00<br>6/1/00<br>6/1/00 | EPS | DSF<br>Specktackular<br>PDF | 75,000<br>75,000<br>75,000 | 1235<br>1236<br>1237 |
| 45(f) | 7/24/00<br>7/24/00<br>7/24/00 | EPS | DSF<br>Specktackular<br>PDF | 10,000<br>10,000<br>10,000 | 1352<br>1353<br>1354 |
| 45(g) | 7/31/00<br>7/31/00<br>7/31/00 | EPS | PDF<br>DSF<br>Specktackular | 30,000<br>30,000<br>30,000 | 1360<br>1361<br>1362 |
| 45(h) | 8/15/00<br>8/18/00<br>8/18/00 | EPS | Dream Factory<br>Specktackular<br>Kaylo | 200,000<br>200,000<br>200,000 | 1402<br>1403<br>1415 |
| 45(i) | 9/4/00<br>9/4/00<br>9/4/00<br>9/4/00 | EPS | Atlas Group<br>DSF<br>Specktackular<br>PDF | 50,000<br>50,000<br>100,000<br>100,000 | 1448<br>1449<br>1450<br>1451 |
| 45(j) | 9/8/00<br>9/8/00<br>9/8/00<br>9/8/00 | EPS | Atlas Group<br>Dream Factory<br>Specktackular<br>PDF | 25,000<br>100,000<br>125,000<br>125,000 | 1473<br>1472<br>1471<br>1470 |
| 45(k) | 9/13/00<br>9/15/00<br>9/16/00 | EPS | Dream Factory<br>Specktackular<br>PDF | 100,000<br>100,000<br>100,000 | 1482<br>1484<br>1483 |
| 45(l) | 10/2/00<br>10/2/00<br>10/2/00<br>10/2/00 | EPS | DSF<br>ROBO<br>Specktackular<br>Galt Group | 25,000<br>175,000<br>200,000<br>200,000 | 1541<br>1540<br>1539<br>1538 |
| 45(m) | 10/20/00<br>10/23/00<br>10/25/00 | EPS | Dream Factory<br>Specktackular<br>Galt Group | 100,000<br>100,000<br>100,000 | 1575<br>1576<br>1602 |
| 45(n) | 10/30/00<br>10/30/00<br>11/3/00 | EPS | Specktackular<br>DSF<br>Kaylo | 175,000<br>175,000<br>175,000 | 1615<br>1614<br>1627 |
| 45(o) | 11/6/00<br>11/6/00<br>11/6/00 | EPS | DSF<br>Specktackular<br>PDF | 125,000<br>125,000<br>125,000 | 1628<br>1629<br>1630 |
| 45(p) | 11/17/00<br>11/17/00<br>11/17/00 | EPS | DSF<br>PDF<br>Specktackular | 120,000<br>120,000<br>120,000 | 1663<br>1664<br>1665 |

UNITED STATES ATTORNEY<br>601 Union Street, Suite 5100<br>Seattle, Washington 98101-3903<br>(206) 553-7970

| 45(q) | 1/26/01<br>1/26/01<br>1/26/01 | EPS | DSF<br>Specktackular<br>PDF | 50,000<br>50,000<br>50,000 | 1815<br>1816<br>1817 |
|---|---|---|---|---|---|
| 45(r) | 2/16/01<br>2/16/01 | EPS | DSF<br>Specktackular | 50,000<br>50,000 | 1850<br>1851 |
| 45(s) | 4/13/01<br>4/13/01<br>4/13/01 | EPS | DSF<br>PDF<br>Specktackular | 50,000<br>50,000<br>50,000 | 1975<br>1976<br>1977 |
| 45(t) | 7/10/01<br>7/10/01<br>7/10/01<br>7/10/01 | EPS | Atlas Group<br>Kaylo<br>Specktackular<br>DSF | 30,000<br>75,000<br>75,000<br>45,000 | 2182<br>2183<br>2184<br>2185 |
| 45(u) | 10/16/01<br>10/16/01<br>10/16/01 | EPS | DSF<br>PDF<br>Specktackular | 15,000<br>15,000<br>15,000 | 2382<br>2384<br>2385 |
| 45(v) | 10/25/01<br>10/25/01<br>10/25/01 | EPS | DSF<br>Specktackular<br>PDF | 10,000<br>10,000<br>10,000 | 2405<br>2406<br>2407 |

46.    In or about September 1999, DANIEL ANDERSEN obtained from World Wide Investors Nominee (WWIN) a bogus foreign trust in the name of The Atlas Group identified as Trust #4152 and WWIN Member #10127 along with a related offshore bank account and debit card.

47.    In or about September 1999, DANIEL ANDERSEN obtained from World Wide Investors Nominee (WWIN) a bogus foreign trust in the name of Educational Publishing Systems (EPS) identified as Trust #31506 and WWIN Member # 12001 and 10126 along with a related offshore bank account.

**David Struckman Overt Acts**

48.    On a date unknown to the grand jury, DAVID STRUCKMAN obtained from Prosper International League Limited (PILL) a bogus foreign trust identified by the number "301" along with a related offshore bank account.

49.    On or about March 27, 1996, DAVID STRUCKMAN opened a bank account in the name of Crescent Moon Enterprises at US Bank of Washington, in Bellingham, Washington and falsely represented on the signature card that Crescent Moon Enterprises was a "non-profit" organization. DAVID STRUCKMAN made

personal expenditures utilizing funds deposited into the Crescent Moon Enterprises

(CME) bank account including the following:

| Overt Act | Date of Purchase | Item Purchased | Amount | Check # |
|---|---|---|---|---|
| 49(a) | 3/10/97 | Mac's Upholstery - automobile renovation | 5,000 | CME check #1824 |
| 49(b) | 3/26/97 | Mac's Upholstery - automobile renovation | 5,000 | CME check #1825 |
| 49(c) | 5/1/97 | Mac's Upholstery - automobile renovation | 7,000 | CME check #1845 |
| 49(d) | 6/4/97 | Mac's Upholstery - automobile renovation | 9,000 | CME check #1865 |
| 49(e) | 9/3/97 | Mac's Upholstery - automobile renovation | 10,000 | CME check #1781 |
| 49(f) | 11/10/97 | Mac's Upholstery - automobile renovation | 19,433.69 | CME check #1931 |

50.    On or about October 10, 1997, DAVID STRUCKMAN opened a bank

account in the name of Specktackular Holdings at US Bank in Renton, Washington,

utilizing a false Form W-8 Certificate of Foreign Status. DAVID STRUCKMAN made

personal expenditures utilizing funds deposited into the Specktackular Holdings (SH)

bank account including the following:

| Overt Act | Date of Purchase | Item Purchased | Amount | Check # |
|---|---|---|---|---|
| 50(a) | 6/30/98 | 1964 Hatteras Boat | 40,000 | SH wire transfer |
| 50(b) | 11/17/98 | 630 N. Datewood Drive, Renton, WA - house | 27,000 | SH check #1596 |
| 50(c) | 2/26/99 | Mercer Marine - boat work | 8,000 | SH check #1654 |
| 50(d) | 2/29/00 | 1958 Chevrolet Corvette | 32,500 | SH wire transfer |
| 50(e) | 6/01/99 | Mercer Marine - boat work | 8,226.19 | SH check #1681 |
| 50(f) | 6/14/99 | Mercer Marine - boat work | 6,086.49 | SH check #1709 |
| 50(g) | 6/18/99 | Mercer Marine - boat work | 3,455.59 | SH check #1716 |
| 50(h) | 6/29/00 | 1935 Ford vehicle | 39,197.50 | SH check #1935 |
| 50(i) | 10/7/99 | Blanchard & Co. - collector coins | 75,816 | SH wire transfer |

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 50(j) | 1/26/00 | Mercer Marine - boat work | 20,000 | SH check #1852 |
| 50(k) | 5/12/00 | Mercer Marine - boat work | 54,239.46 | SH check #1765 |
| 50(l) | 8/26/00 | 25904 SE 164th St., Issaquah, WA - house | 60,000 | SH check #1973 |
| 50(m) | 8/31/00 | 25904 SE 164th St., Issaquah, WA - house | 5,000 | SH check #1972 |
| 50(n) | 9/15/00 | 25904 SE 164th St., Issaquah, WA - house | 520,779.72 | SH check #2528 |
| 50(o) | 9/21/00 | 25904 SE 164th St., Issaquah, WA - house | 154,891.27 | SH check #2530 |
| 50(p) | 11/6/00 | 1999 Mercedes Benz ML430 | 45,801.82 | SH check #2551 |
| 50(q) | 1/30/01 | Mercer Marine - boat work | 20,000 | SH check #2700 |
| 50(r) | 2/24/01 | Mercer Marine - boat work | 15,000 | SH check #2710 |
| 50(s) | 3/1/01 | Contracting Management - house renovation | 50,000 | SH check #2711 CC #5027607874 |
| | | Contracting Management - house renovation | 50,000 | SH check #2711 CC #5027607875 |
| | | Contracting Management - house renovation | 25,000 | SH check #2711 CC #5027607876 |
| 50(t) | 5/3/01 | Contracting Management - house renovation | 25,000 | SH check #2739 CC #5027608259 |
| 50(u) | 5/31/01 | Contracting Management - house renovation | 43,000 | SH check #1800 CC #5027608347 |
| 50(v) | 7/18/01 | Contracting Management - house renovation | 16,000 | SH check #2627 CC #5027608499 |
| | | Contracting Management - house renovation | 50,000 | SH check #2627 CC #5029206785 |
| | | Contracting Management - house renovation | 30,000 | SH check #2627 CC #5029206787 |
| | | Contracting Management - house renovation | 30,000 | SH check #2627 CC #5029206788 |

51.     On or about October 2, 1996, DAVID STRUCKMAN purchased a bogus foreign trust from Anderson Ark & Associates in the name of Global Prosperity Marketing Group (GPMG). DAVID STRUCKMAN and DANIEL ANDERSEN initially used the name GPMG for conducting the business of Global Prosperity. DAVID

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

1   STRUCKMAN was named Treasurer of the trust and DANIEL ANDERSEN the
2   Secretary.

3        52.    On or about October 29, 1996, DAVID STRUCKMAN modified the name
4   of a bank account he previously opened in the name of Alternate Ventures by adding the
5   trailer "dba Global Prosperity Marketing Group" (hereinafter referred to as Alternate
6   Ventures dba GPMG) after which thousands of checks and money orders for Global
7   Prosperity membership fees and products were deposited into the account. DAVID
8   STRUCKMAN falsely represented on the signature card that Alternate Ventures dba
9   GPMG was a "non-profit" organization.

10       53.    On or about September 23, 1998, DAVID STRUCKMAN modified the
11  name on his Alternate Venture bank account from "Alternate Ventures dba GPMG" to
12  "Alternate Ventures dba EPS" and falsely represented on the signature card that Alternate
13  Ventures dba EPS was a "non-profit" organization.

14       54.    DAVID STRUCKMAN distributed profits earned from Global Prosperity
15  to DANIEL ANDERSEN and LORENZO LAMANTIA by causing to be remitted the
16  following checks from the Alternate Ventures (AV) bank account:

| Overt Act | CHECK DATE | PAYER | PAY TO | AMOUNT | AV CHECK # |
|---|---|---|---|---|---|
| 54(a) | 11/1/96<br>11/1/96<br>11/1/96<br>11/1/96 | Alternate | Crescent Moon<br>Crescent Moon<br>DSF<br>DSF | 9,000<br>3,500<br>9,000<br>3,500 | 1048<br>1049<br>1054<br>1055 |
| 54(b) | 10/9/97<br>10/9/97 | Alternate | PDF<br>DSF | 7,000<br>7,000 | 1434<br>1435 |
| 54(c) | 10/21/97<br>10/21/97 | Alternate | PDF<br>DSF | 7,000<br>7,000 | 1441<br>1442 |
| 54(d) | 11/3/97<br>11/3/97 | Alternate | PDF<br>DSF | 6,747.48<br>6,747.48 | 1454<br>1455 |
| 54(e) | 11/10/97<br>11/10/97 | Alternate | DSF<br>PDF | 7,000<br>7,000 | 1458<br>1459 |
| 54(f) | 11/26/97<br>11/26/97 | Alternate | PDF<br>DSF | 6,109.96<br>6,109.96 | 1465<br>1466 |
| 54(g) | 12/10/97<br>12/10/97 | Alternate | DSF<br>PDF | 7,000<br>7,000 | 1478<br>1479 |

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

| | | | | | | |
|---|---|---|---|---|---|---|
| 1<br>2 | 54(h) | 12/18/97<br>12/18/97 | Alternate | DSF<br>PDF | 7,000<br>7,000 | 1488<br>1489 |
| 3 | 54(i) | 12/22/97<br>12/22/97 | Alternate | PDF<br>DSF | 8,178.33<br>8,178.33 | 1490<br>1491 |
| 4<br>5 | 54(j) | 12/27/97<br>12/27/97 | Alternate | DSF<br>PDF | 1,501.50<br>1,501.50 | 1500<br>1501 |
| 6 | 54(k) | 1/5/98<br>1/5/98 | Alternate | DSF<br>PDF | 29,505<br>29,505 | 1507<br>1508 |
| 7 | 54(l) | 1/21/98<br>1/21/98 | Alternate | DSF<br>PDF | 6,183.33<br>6,183.33 | 1520<br>1521 |
| 8<br>9 | 54(m) | 1/28/98<br>1/28/98 | Alternate | PDF<br>DSF | 4,153.33<br>4,153.33 | 1526<br>1527 |
| 10 | 54(n) | 2/4/98<br>2/4/98 | Alternate | DSF<br>PDF | 4,422.13<br>4,422.13 | 1533<br>1534 |
| 11<br>12 | 54(o) | 2/11/98<br>2/11/98 | Alternate | PDF<br>DSF | 4,503.33<br>4,503.33 | 1537<br>1538 |
| 13 | 54(p) | 2/17/98<br>2/18/98 | Alternate | PDF<br>DSF | 4,328.33<br>4,328.33 | 1547<br>1548 |
| 14 | 54(q) | 3/4/98<br>3/4/98 | Alternate | DSF<br>PDF | 1,709.33<br>7,584.33 | 1551<br>1552 |
| 15<br>16 | 54(r) | 3/17/98<br>3/17/98 | Alternate | PDF<br>DSF | 3,336.66<br>3,336.66 | 1573<br>1574 |
| 17 | 54(s) | 3/27/98<br>3/27/98 | Alternate | PDF<br>DSF | 6,526.26<br>6,526.26 | 1602<br>1603 |
| 18<br>19 | 54(t) | 4/8/98<br>4/8/98<br>4/8/98 | Alternate | PDF<br>DSF<br>Specktackular | 5,366.66<br>5,366.66<br>5,366.66 | 1615<br>1616<br>1617 |
| 20<br>21 | 54(u) | 4/22/98<br>4/22/98<br>4/22/98 | Alternate | DSF<br>PDF<br>Specktackular | 5,509<br>5,509<br>5,509 | 1618<br>1619<br>1620 |
| 22<br>23 | 54(v) | 4/29/98<br>4/29/98<br>4/29/98 | Alternate | PDF<br>DSF<br>Specktackular | 4,319<br>4,319<br>4,319 | 1626<br>1627<br>1628 |
| 24 | 54(w) | 5/6/98<br>5/6/98 | Alternate | PDF<br>DSF | 3,479<br>3,479 | 1633<br>1634 |
| 25 | 54(x) | 5/12/98<br>5/1298 | Alternate | PDF<br>DSF | 3,465<br>3,465 | 1638<br>1639 |
| 26<br>27 | 54(y) | 5/21/98<br>5/21/98 | Alternate | PDF<br>DSF | 2,690.33<br>2,690.33 | 1649<br>1650 |
| 28 | 54(z) | 6/19/98<br>6/22/98 | Alternate | DSF<br>PDF | 9,748<br>9,748.66 | 1655<br>1656 |

UNITED STATES ATTORNEY<br>601 Union Street, Suite 5100<br>Seattle, Washington 98101-3903<br>(206) 553-7970

| | | | | | |
|---|---|---|---|---|---|
| 54(aa) | 6/25/98<br>6/25/98 | Alternate | PDF<br>DSF | 1,346.33<br>1,346.33 | 1662<br>1663 |
| 54(bb) | 7/2/98<br>7/2/98 | Alternate | PDF<br>DSF | 2,072<br>2,072 | 1670<br>1671 |
| 54(cc) | 7/8/98<br>7/8/98 | Alternate | PDF<br>DSF | 2,219<br>2,219 | 1673<br>1674 |
| 54(dd) | 10/15/98<br>10/16/98<br>10/19/98 | Alternate | Specktackular<br>PDF<br>CFG | 50,000<br>50,000<br>50,000 | 1583<br>1584<br>1591 |
| 54(ee) | 5/19/00<br>5/19/00<br>5/19/00 | Alternate | ATLAS<br>PDF<br>Specktackular | 18,000<br>18,000<br>18,000 | 1930<br>1931<br>1932 |
| 54(ff) | 10/12/00<br>10/12/00<br>10/12/00 | Alternate | PDF<br>DSF<br>Specktackular | 20,000<br>20,000<br>20,000 | 2198<br>2199<br>2200 |
| 54(gg) | 11/13/00<br>11/13/00 | Alternate | DSF<br>PDF | 25,000<br>25,000 | 2031<br>2032 |

55. In or about September 1999, DAVID STRUCKMAN obtained from World Wide Investors Nominee (WWIN) a bogus foreign trust identified by WWIN Member #10037 along with a related offshore bank account. DAVID STRUCKMAN made the following personal expenditures utilizing funds placed in his offshore WWIN account.

| Overt Act | Date of Purchase | Item Purchased | Amount | Check # |
|---|---|---|---|---|
| 55(a) | 5/9/01 | Contracting Management - house renovation | 77,000 | WWIN wire transfer |
| 55(b) | 6/6/01 | Contracting Management - house renovation | 47,000 | WWIN wire transfer |
| 55(c) | 7/5/01 | Contracting Management - house renovation | 120,180 | WWIN wire transfer |
| 55(d) | 9/21/01 | Contracting Management - house renovation | 44,985 | WWIN wire transfer |
| 55(e) | 10/31/01 | Contracting Management - house renovation | 85,000 | WWIN wire transfer |

## Lorenzo Lamantia Overt Acts

56. On or about November 26, 1996, LORENZO LAMANTIA, using the alias LORENZO "MILANO," obtained a bogus foreign grantor trust from Anderson Ark & Associates in the name of Pacific Dynamics Foundation (PDF).

Indictment - 24
2000R01456

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

1      57.   On or about November 26, 1996, LORENZO LAMANTIA and KULDIP

2  SINGH, opened a domestic bank account at Wells Fargo Bank in California in the name

3  of Pacific Dynamics Foundation (PDF).

4      58.   On or about March 5, 1997, LORENZO LAMANTIA and KULDIP

5  SINGH, using the aliases "LORENZO MILANO" and "KAY MILANO," opened a bank

6  account at Bank of America in California in the name of Pacific Dynamics Foundation

7  (PDF).

8      59.   LORENZO LAMANTIA distributed profits earned from services

9  performed for Global Prosperity to DANIEL ANDERSEN and DAVID STRUCKMAN

10  by remitting the following checks from the Pacific Dynamics Foundation (PDF) bank

11  accounts:

| PDF BANK OF AMERICA A/C #1158-08931 | | | | | |
|---|---|---|---|---|---|
| Overt Act | CHECK DATE | PAYER | PAY TO | AMOUNT | PDF CHECK # |
| 59(a) | 11/1/99<br>11/1/99 | PDF | Specktackular<br>DSF | 10,766<br>10,766 | 2052<br>2053 |
| 59(b) | 11/19/99<br>11/19/99 | PDF | DSF<br>Specktackular | 22,150<br>22,150 | 2064<br>2065 |
| 59(c) | 1/18/00<br>1/23/00 | PDF | Specktackular<br>DSF | 14,398<br>14,398 | 2097<br>2098 |
| 59(d) | 2/22/00<br>2/22/00 | PDF | DSF<br>Specktackular | 20,782<br>20,782 | 2110<br>2111 |
| 59(e) | 3/26/00<br>3/26/00 | PDF | Specktackular<br>Atlas | 25,634<br>25,634 | 2122<br>2123 |

| PDF BANK OF AMERICA A/C #09023-08890 | | | | | |
|---|---|---|---|---|---|
| Overt Act | CHECK DATE | PAYER | PAY TO | AMOUNT | PDF CHECK # |
| 59(f) | 6/21/00<br>6/21/00 | PDF | Specktackular<br>Atlas | 13,600<br>13,600 | 2163<br>2164 |

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

| Overt Act | Date | PDF | Payee | Amount | Check # |
|---|---|---|---|---|---|
| 59(g) | 8/2/00<br>8/2/00 | PDF | Specktackular Atlas Group | 21,950<br>21,950 | 2214<br>2215 |
| 59(h) | 10/6/00<br>10/6/00 | PDF | Specktackular Atlas | 16,387<br>16,387 | 2250<br>2251 |
| 59(i) | 11/15/00<br>11/15/00 | PDF | Specktackular Atlas | 12,000<br>12,000 | 2271<br>2272 |
| 59(j) | 10/25/01<br>10/25/01 | PDF | Specktackular DSF | 3,000<br>3,000 | 2477<br>2478 |

60.    LORENZO LAMANTIA and KULDIP SINGH made personal expenditures utilizing funds deposited into the PDF bank account at Bank of America A/C #1158-08931 including the following:

| Overt Act | Date of Purchase | Item Purchased | Amount | Check # |
|---|---|---|---|---|
| 60(a) | 6/30/97 | 1995 Lincoln Mark VIII | 24,895 | CC#2004967486 |
| 60(b) | 8/9/97 | 1995 Lincoln Mark VIII | 24,255 | PDF check #1649 |
| 60(c) | 8/13/97 | 1995 Chrysler LeBaron | 16,057 | PDF check #1652 |
| 60(d) | 3/27/98 | Tangible Asset Gallery - collector coins | 6,300 | PDF check #1755 |
| 60(e) | 3/16/99 | Tangible Asset Gallery - collector coins | 32,500 | PDF check #1921 |
| 60(f) | 5/5/99 | Tangible Asset Gallery - collector coins | 52,500 | PDF check #1947 |
| 60(g) | 5/27/99 | 18801 Buttondown Lane, Mountain Ranch, CA - house | 25,000 | CC#2015117783 |
| 60(h) | 9/17/99 | 1996 Chevrolet Tahoe | 27,686.46 | PDF check #2024 |
| 60(i) | 12/30/99 | 18801 Buttondown Lane, Mountain Ranch, CA - house | 70,000 | CC#2002059366 |
| 60(j) | 1/24/00 | 18801 Buttondown Lane, Mountain Ranch, CA - house | 356,489.30 | CC#2002645672 |

61.    LORENZO LAMANTIA and KULDIP SINGH made personal expenditures utilizing funds deposited into the PDF bank account at Bank of America A/C #09023-08890 including the following:

| Overt Act | Date of Purchase | Item Purchased | Amount | Check # |
|---|---|---|---|---|
| 61(a) | 7/7/00 | Landscaping/Grading | 8,000 | PDF check #93 |

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

| 61(b) | 8/2/00 | Landscaping/Grading | 10,000 | PDF check #2218 |
|---|---|---|---|---|
| 61(c) | 8/11/00 | Custom Swimming Pool | 27,300 | PDF check #2227 |
| 61(d) | 5/24/01 | Driveway construction | 8,000 | PDF check #2417 |
| 61(e) | 6/6/01 | Driveway construction | 4,000 | PDF check #2420 |
| 61(f) | 6/11/01 | Driveway construction | 4,000 | PDF check #2425 |
| 61(g) | 6/13/01 | Driveway construction | 7,728 | PDF check #2427 |

62. On a date unknown to the grand jury, LORENZO LAMANTIA, using the alias "LORENZO MILANO," obtained a foreign entity in the name of ZAK Funding from ABI Trust located in Antigua.

63. On or about December 1, 1998, LORENZO LAMANTIA, using the alias LORENZO "MILANO," obtained a bogus common law "Pure Trust" from Dennis O. Poseley in the name of International Free Enterprise Associates (IFEA). LORENZO "MILANO" and KAY "MILANO" were each named "Managing Director" of the trust.

64. In or about December 1998, LORENZO LAMANTIA and KULDIP SINGH, using the aliases "LORENZO MILANO" and "KAY MILANO," opened a domestic bank account in the name of International Free Enterprise Associates (IFEA) at Broadway Federal Bank in California.

65. On or about August 3, 1999, LORENZO LAMANTIA, using the alias "JOSEPH LORENZO MILANO," opened a domestic bank account in the name of International Free Enterprise Associates (IFEA) at Bank One in Arizona. On August 9, 1999, LORENZO LAMANTIA and KULDIP SINGH completed an amended signature card for the IFEA bank account using the aliases "LORENZO MILANO" and "KAY MILANO".

66. LORENZO LAMANTIA distributed profits earned from IFEA membership and subscription fees to DANIEL ANDERSEN and DAVID STRUCKMAN by remitting the following checks from the IFEA bank account:

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

| IFEA BROADWAY FEDERAL | | | | | |
|---|---|---|---|---|---|
| **Overt Act** | **CHECK DATE** | **PAYER** | **PAY TO** | **AMOUNT** | **IFEA CHECK #** |
| 66(a) | 3/15/99<br>3/15/99<br>3/15/99 | IFEA | Specktackular<br>DSF<br>PDF | 10,000<br>10,000<br>10,000 | 110<br>111<br>112 |
| 66(b) | 5/20/99<br>5/20/99<br>5/20/99 | IFEA | DSF<br>PDF<br>Specktackular | 10,000<br>10,000<br>10,000 | 120<br>121<br>122 |

| IFEA BANK ONE ARIZONA | | | | | |
|---|---|---|---|---|---|
| **Overt Act** | **CHECK DATE** | **PAYER** | **PAY TO** | **AMOUNT** | **IFEA CHECK #** |
| 66(c) | 10/30/99<br>10/30/99<br>10/30/99 | IFEA | DSF<br>Spectacular<br>Galt Group | 5,000<br>5,000<br>5,000 | 1155<br>1156<br>1157 |

67.    In or about March 1997, LORENZO LAMANTIA, under the sponsorship of DANIEL ANDERSEN, obtained from Prosper International League Limited (PILL) a bogus foreign trust identified by the number "9541" and a related offshore bank account and debit card.

68.    On or about November 10, 1997, LORENZO LAMANTIA, using the alias LORENZO "MILANO," obtained a purported common law "Pure Trust" from Dennis O. Poseley in the name of The Galt Group. LORENZO "MILANO" and KAY "MILANO" were each named "Managing Director" of the trust.

69.    On or about January 27, 1998, LORENZO LAMANTIA and KULDIP SINGH, using the aliases "LORENZO JOSEPH MILANO" and "KULDIP KAY MILANO," opened a bank account in the name of The Galt Group at Bank of America in California. LORENZO LAMANTIA and KULDIP SINGH made personal expenditures utilizing funds deposited into the Galt bank account at Bank of America A/C #0985114419 including the following:

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

| Overt Act | Date of Purchase | Item Purchased | Amount | Check # |
|---|---|---|---|---|
| 69(a) | 4/22/98 | Tangible Assets Gallery - collector coins | 20,000 | Galt check #1004 |
| 69(b) | 6/16/98 | Tangible Assets Gallery - collector coins | 22,320 | Galt check #1007 |

70.    On or about June 25, 1998, LORENZO LAMANTIA and KULDIP SINGH, using the aliases "LORENZO J. MILANO" and "KULDIP KAY MILANO," opened a bank account in the name of The Galt Group at First State Bank of Dix in Dix, Illinois utilizing a false Form W-8, Certificate of Foreign Status.

71.    On or about August 3, 1999, LORENZO LAMANTIA, using the alias "JOSEPH LORENZO MILANO," opened a bank account in the name of The Galt Group at Bank One in Arizona. On or about August 9, 1999, LORENZO LAMANTIA and KULDIP SINGH completed an amended signature card for The Galt Group bank account using the aliases "LORENZO MILANO" and "KAY MILANO."  LORENZO LAMANTIA and KULDIP SINGH made the personal expenditures utilizing funds deposited into The Galt Group bank account at Bank One  A/C #29432595 including the following:

| Overt Act | Date of Purchase | Item Purchased | Amount | Check # |
|---|---|---|---|---|
| 71(a) | 10/16/00 | Modular Home | 110,747 | Galt check #1011 |

72.    On or about May 18, 1999, LORENZO LAMANTIA, using the alias LORENZO "MILANO," obtained a bogus common law "Pure Trust" from Dennis O. Poseley in the name of Kaylo.  "LORENZO MILANO" and "KAY K. MILANO" were each named "Managing Director" of the trust.

73.    On or about July 2, 2000, LORENZO LAMANTIA and KULDIP SINGH, using the aliases, "LORENZO MILANO" and "KAY MILANO," opened a bank account in the name of Kaylo at Asian American Bank & Trust in Boston, Massachusetts utilizing a false Form W-8, Certificate of Foreign Status. LORENZO LAMANTIA and KULDIP SINGH made personal expenditures utilizing funds deposited into the Kaylo account

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

including the following:

| Overt Act | Date of Purchase | Item Purchased | Amount | Check # |
|---|---|---|---|---|
| 73(a) | 8/31/00 | Modular Home | 15,000 | Kaylo check #1003 |
| 73(b) | 9/1/00 | Swimming Pool | 23,400 | Kaylo check #1004 |
| 73(c) | 11/2/00 | Swimming Pool | 23,400 | Kaylo check #1006 |

74.    In or about December 1999, LORENZO LAMANTIA obtained from World Wide Investors Nominee (WWIN) a bogus foreign trust named Aron V. Group identified as WWIN Member # 10137, 10138, and/or 10139 along with a related offshore bank account and debit card.

**Dwayne Robare Overt Acts**

75.    In or about June 1997, DWAYNE ROBARE, under the sponsorship of DANIEL ANDERSEN, obtained from Prosper International League Limited (PILL) a purported foreign trust identified only by the number "10731" and a related offshore bank account.

76.    On or about March 2, 1999, DWAYNE ROBARE obtained a bogus common law "Pure Trust" from Dennis O. Poseley in the name of Strategic Solutions. DWAYNE ROBARE and J.H. were named "Managing Directors" of the trust.

77.    In or about June 1999, DWAYNE ROBARE opened a bank account in the name of Strategic Solutions at Fleet Bank in Boston, Massachusetts.

78.    On or about January 1999, DWAYNE ROBARE and DANIEL ANDERSEN obtained a bogus common law "Pure Trust" from Dennis O. Poseley in the name of IDEA. DWAYNE ROBARE and DANIEL ANDERSEN were each named "Managing Director" of the trust.

79.    On or about November 2000, DWAYNE ROBARE opened a bank account in the name of IDEA Conferencing at Asian American Bank in Boston, Massachusetts utilizing a false Form W-8, Certificate of Foreign Status.

All in violation of Title 18, United States Code, Section 371.

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 96101-3903
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A TRUE BILL.

Dated: 11 May 2004

FOREPERSON

FOR JOHN McKAY
UNITED STATES ATTORNEY

JEFFREY C. SULLIVAN
Chief, Criminal Division
United States Attorney's Office
Western District of Washington

LARRY J. WSZALEK
Trial Attorney
Department of Justice
Tax Division

MARK T. ODULIO
Trial Attorney
Department of Justice
Tax Division

CHRISTOPHER J. MAIETTA
Trial Attorney
Department of Justice
Tax Division

Indictment - 31
2000R01456