# United States District Court
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
v.

DWAYNE ROBARE

**WARRANT FOR ARREST**

CASE NUMBER: CR04-229L

U.S. DISTRICT COURT
DISTRICT OF MASS.
2004 [MAY] 12 P 4:30

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DWAYNE ROBARE___ and bring him or her forthwith to the nearest magistrate to answer a(n) INDICTMENT charging him or her with:

**Conspiracy to Defraud the Untied States**

in violation of Title __18__ United States Code, Section(s) __371__

James Kelly
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer
MJB

May 11, 2004 at Seattle, Washington
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 5/12/04

74 Long Hill Drive, Leominster, MA

| DATE RECEIVED | 5/11/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 5/12/04 | Jessica Crochen, FRS/CI | Jessica Crocher |

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk