UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          CR# 04MJ017373 CBS

DWAYNE ROBARE

### DEFENDANT'S MOTION FOR TRANSPORTATION FROM MASSACHUSETTS TO WASHINGTON AND BACK AT GOVERNMENT EXPENSE

Request is hereby made on behalf of Dwayne Robare, for non-custodial transportation to be arranged by the United States Marshal at government expense pursuant to 18 U.S.C. §4285, so he can attend his arraignment in Seattle, Washington.

Such request is by his attorney, Melvin Norris, who has been appointed to represent Dwayne Robare, and assigns as reason therefore the following:

1. The defendant is indigent and without funds to pay for transportation and expenses to travel to his arraignment, and has been found by the Court to be indigent.

2. The defendant resides in Massachusetts, and requires air transportation to travel to and return from his arraignment in Seattle.

3. The case is scheduled for arraignment on June 18, 2004, at 1:30 p.m. Pacific time.

-1-

4.  Justice dictates that this motion be allowed.

By his attorney,

Date: June 7, 2004

/s/ Melvin Norris
Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900