UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   CR# 04MJ017373 CBS

DWAYNE ROBARE

### DEFENDANT'S MOTION FOR SUBSISTENCE EXPENSES WHILE IN SEATTLE FOR HIS ARRAIGNMENT

Request is hereby made on behalf of Dwayne Robare, for funds furnished by the United States Marshal for subsistence expenses pursuant to 18 U.S.C. §4285, and not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a), so he can attend his Arraignment in Seattle. The defendant requests that this amount be sufficient so he may stay in Seattle on the night prior to the Arraignment (June 17, 2004) for the purpose of meeting with his court appointed counsel and reviewing the case.

Such request is made by and through his attorney in Massachusetts, Melvin Norris, who has been appointed to represent Dwayne Robare, and assigns as reason therefore the following:

1. The defendant is indigent and without funds to pay for transportation and expenses to travel to his arraignment, and has been found by the Court to be indigent.

2. The defendant resides in Massachusetts, and requires air transportation to travel to and return from his arraignment in Seattle.

3. The case is scheduled for arraignment on June 18, 2004, at 1:30 p.m. Pacific time.

Page -1-

4.  Justice dictates that this motion be allowed.

By his attorney,

Date: June 7, 2004

/s/ Melvin Norris
Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900